UNITED STATES DISTRICT COURT

Northern District of California

LYDIA CENCIL,

                Plaintiff,

  v.

LAND HOME FINANCIAL SERVICES, et al.,

                Defendants.
_____/

No. C 10-04336 MEJ

**ORDER RE PLAINTIFF'S APPLICATION FOR NOTICE OF LIS PENDENS**

On September 24, 2010, Plaintiff Lydia Cencil filed an "Ex Parte Application and Notice of Lis Pendens." (Dkt. #3.) Pursuant to California Civil Procedure Code section 405.20, "A party to an action who asserts a real property claim may record a notice of pendency of action in which that real property claim is alleged. The notice may be recorded in the office of the recorder of each county in which all or part of the real property is situated. The notice shall contain the names of all parties to the action and a description of the property affected by the action." Pursuant to section 405.21, "a judge of the court in which an action that includes a real property claim is pending may, upon request of a party thereto, approve a notice of pendency of action." "The action applies to any United States District Court in the same manner that it applies to an action pending in the courts of California." Cal. Civ. Proc. Code § 405.5. Accordingly, the Court GRANTS Plaintiff's request. In filing her notice, Plaintiff shall comply with all notice and service requirements as stated in the California Civil Procedure Code.

**IT IS SO ORDERED.**

Dated: September 29, 2010

                                          _____
                                          Maria-Elena James
                                          Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LYDIA CENCIL,

        Plaintiff,

v.

LAND HOME FINANCIAL SERVICES et al,

        Defendant.

Case Number: CV10-04336 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lydia Cencil
2528 Crystal Way
Antioch, CA 94531

Dated: September 29, 2010

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2