IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA CENCIL, | |
|     Plaintiff, | No. C 10-04336 JSW |
|   v. | |
| LAND HOME FINANCIAL SERVICES, | **ORDER OF DISMISSAL** |
|     Defendant. | |

On October 13, 2010, this Court issued an order denying Plaintiff's application for a temporary restraining order and issued an order to show cause ("OSC") why this case should not be dismissed for lack of subject matter jurisdiction. The Court provided Plaintiff until November 5, 2010 to file a response to the OSC and to describe additional facts to state a valid federal claim. The Court admonished Plaintiff that failure to respond to the OSC in writting by November 5, 2010 would result in the Court dismissing her action.

The Court has not received a response to the OSC from Plaintiff. Accordingly, the case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: December 10, 2010

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE


UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LYDIA CENCIL,

    Plaintiff,

v.

LAND HOME FINANCIAL SERVICES et al,

    Defendant.

       /

Case Number: CV10-04336 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lydia Cencil
2528 Crystal Way
Antioch, CA 94531

Dated: December 10, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk